F I L E D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 05 2016

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - JC

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | *Jeremy S*<br>First name<br><br>*Alen*<br>Middle name<br><br>*Scholl*<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 7 1 0<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1  _Jeremy_____  ____Scholl_____  
           First Name   Middle Name   Last Name

Case number (if known)_____

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

☐ I have not used any business names or EINs.

4 Season's Construction
Business name

Business name

Jerd Soc Sec #
EIN  ___ - ___ - _2710_ ___

EIN  ___ - ___ - ___ ___

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business names or EINs.

Business name

Business name

EIN  ___ - ___ - ___ ___

EIN  ___ - ___ - ___ ___

**5. Where you live**

200 Cotton ~~O~~ ~~X~~
Number   Street

Phone # (815) 761-4647

Dekalb          Ik    60115
City             State   ZIP Code

Dekalb
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number   Street

P.O. Box

City             State   ZIP Code

**If Debtor 2 lives at a different address:**

Number   Street

City             State   ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number   Street

P.O. Box

City             State   ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

Debtor 1 ___Jeremy Allen___ ___Scholl___
         First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

❑ Chapter 11

❑ Chapter 12

❑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

❑ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY

        District _____ When _____ Case number _____
                                       MM / DD / YYYY

        District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❑ Yes.  Debtor _____ Relationship to you _____

        District _____ When _____ Case number, if known _____
                                       MM / DD / YYYY

        Debtor _____ Relationship to you _____

        District _____ When _____ Case number, if known _____
                                       MM / DD / YYYY

**11. Do you rent your residence?**

❑ No.  Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ☑ No. Go to line 12.

        ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 _Jeremy_____ _SoNott_____
  First Name    Middle Name    Last Name

Case number *(if known)*_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                      Number      Street

_____

_____
City                          State        ZIP Code

Debtor 1 _____
First Name      Middle Name      Last Name

Case number (if known)_____

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You payment truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 *Jeremy* _____ *Scholl* _____    Case number (if known) _____
First Name        Middle Name        Last Name

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_Medical_

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____    ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Executed on _1 / 5 / 2016_           Executed on _____
MM / DD / YYYY                      MM / DD / YYYY

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 6

Debtor 1  _Jeremy_____  _Sibil_____    Case number (if known) _____
        First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____    Date  _____
   Signature of Attorney for Debtor                    MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                    State        ZIP Code

Contact phone _____    Email address _____

Bar number _____    State

Debtor 1 _Jeremy_____ _Snow_____   Case number (if known)_____
First Name        Middle Name        Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _____        ✗ _____
Signature of Debtor 1                     Signature of Debtor 2

Date _1_/_4_/_2016_                        Date _____
     MM / DD / YYYY                            MM / DD / YYYY

Contact phone _____             Contact phone _____

Cell phone _____                Cell phone _____

Email address _____             Email address _____

Fill in this information to identify your case and this filing:

Debtor 1 _____
         First Name            Middle Name            Last Name

Debtor 2 _____
(Spouse, if filing)  First Name    Middle Name            Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1. _____
     Street address, if available, or other description

     _____

     _____
     City              State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
   (see instructions)

If you own or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____
     City              State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
   (see instructions)

Debtor 1 _Jeremy_ _____ _Smith_ _____   Case number (if known)_____
First Name        Middle Name        Last Name

1.3. _____
Street address, if available, or other description

_____

_____

_____
City            State    ZIP Code

_____
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

- ☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ............................➔   $_____

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☒ Yes

3.1.   Make: _Dodge_

Model: _Caravan_

Year: _2005_

Approximate mileage: _133,000_

Other information:

_____

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_4000_   $_0_

If you own or have more than one, describe here:

3.2.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

Debtor 1 _____    Case number *(if known)* _____
          First Name    Middle Name    Last Name

3.3.  Make:        _____

     Model:       _____

     Year:        _____

     Approximate mileage:  _____

     Other information:

     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4.  Make:        _____

     Model:       _____

     Year:        _____

     Approximate mileage:  _____

     Other information:

     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

4.1.  Make:        _____

     Model:       _____

     Year:        _____

     Other information:

     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.  Make:        _____

     Model:       _____

     Year:        _____

     Other information:

     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........................................➔    $___0___

Debtor 1 _Jeremy Allen Sexton_
First Name    Middle Name    Last Name          Case number (if known)_____

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☑ No
   ☐ Yes. Describe.........                                              $_____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.........  Laptop, Phone, TV                          $ 400.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........                                              $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.........  Tools                                       $ 800.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........                                             $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........                                            $ 300.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.........                                             $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.........                                             $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............                       $_____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here .................................................→  $ 1,100

Debtor 1 _____ _____ _____        Case number (if known)_____
        First Name        Middle Name        Last Name

---

**Part 4:**   **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☒ Yes ............................................................................................................    Cash: .................. $ _200.00_

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☒ Yes ....................      Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | US Bank | $ 100.00 |
| 17.2. Checking account: | PNC Bank | $ 100.00 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☒ No
   ☐ Yes ................     Institution or issuer name:

| | |
|---|---|
| | $ |
| | $ |
| | $ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☒ No
   ☐ Yes. Give specific information about them......................     Name of entity:     % of ownership:

| | | |
|---|---|---|
| | 0% | $ |
| | 0% | $ |
| | 0% | $ |

---

Official Form 106A/B               Schedule A/B: Property               

Debtor 1 _____    Case number (if known)_____
          First Name      Middle Name      Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific
    information about       Issuer name:
    them.....................
                            _____    $_____
                            _____    $_____
                            _____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each         Type of account:    Institution name:
    account separately.

                         401(k) or similar plan: _____    $_____

                         Pension plan:   Carpenters Pension              $ *Est 3000 month*
                                                                           *after 65*
                         IRA:            _____    $_____

                         Retirement account: _____    $_____

                         Keogh:          _____    $_____

                         Additional account: _____    $_____

                         Additional account: _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes .........................   Institution name or individual:

                         Electric:       _____
                         Gas:            _____    $_____
                         Heating oil:    _____    $_____
                         Security deposit on rental unit: _____    $_____
                         Prepaid rent:   _____    $_____
                         Telephone:      _____    $_____
                         Water:          _____    $_____
                         Rented furniture: _____    $_____
                         Other:          _____    $_____
                                                                           $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes .........................   Issuer name and description:

                         _____    $_____
                         _____    $_____
                         _____    $_____

Debtor 1 _____
        First Name   Middle Name   Last Name

Case number *(if known)*_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific information about them.... | _____ | $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them.... | _____ | $_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them.... | _____ | $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................... | | Federal: $_____
| | State: $_____
| | Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information............ | | Alimony: $_____
| | Maintenance: $_____
| | Support: $_____
| | Divorce settlement: $_____
| | Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information............ | _____ | $_____

Debtor 1 _____ _____ _____    Case number *(if known)* _____
First Name   Middle Name   Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company
of each policy and list its value. ....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information............    [                    ]    $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim. ..................    [                    ]    $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. ..................    [                    ]    $ _____

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............    [                    ]    $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................➔   $ 200 00

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe.........    [                    ]    $ _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe.......    [                    ]    $ _____

Debtor 1 _Jeremy_ _Su_ _____   Case number (if known) _____
         First Name   Middle Name   Last Name

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe ........ [_____]  $_____

**41.** **Inventory**

☒ No

☐ Yes. Describe ........ [_____]  $_____

**42.** **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe ........   Name of entity:                     % of ownership:

_____   _____%   $_____
_____   _____%   $_____
_____   _____%   $_____

**43.** **Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe ........ [_____]  $_____

**44.** **Any business-related property you did not already list**

☒ No

☐ Yes. Give specific
        information ......... _____  $_____
                             _____  $_____
                             _____  $_____
                             _____  $_____
                             _____  $_____

**45.** **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...........................................................................➔  $_____

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**

Do not deduct secured claims
or exemptions.

**47.** **Farm animals**

_Examples:_ Livestock, poultry, farm-raised fish

☒ No

☐ Yes .................. [_____]  $_____

Debtor 1 _____  _____  _____        Case number (if known)_____
First Name        Middle Name        Last Name

48. Crops—either growing or harvested

☑ No
☐ Yes. Give specific information. ...........                                                              $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☑ No
☐ Yes ...........                                                                                          $_____

50. Farm and fishing supplies, chemicals, and feed

☑ No
☐ Yes                                                                                                      $_____

51. Any farm- and commercial fishing-related property you did not already list

☑ No
☐ Yes. Give specific information. ...........                                                              $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ...........................................➔  $ _____0_____

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?

Examples: Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ...........                                                              $_____
                                                                                                          $_____
                                                                                                          $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...........................➔  $ _____0_____

---

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ...............................................................➔  $_____

56. Part 2: Total vehicles, line 5                          $_____

57. Part 3: Total personal and household items, line 15     $_____

58. Part 4: Total financial assets, line 36                 $_____

59. Part 5: Total business-related property, line 45        $_____

60. Part 6: Total farm- and fishing-related property, line 52   $_____

61. Part 7: Total other property not listed, line 54      + $_____

62. Total personal property. Add lines 56 through 61. ..........   $_____   Copy personal property total ➔ + $_____

63. Total of all property on Schedule A/B. Add line 55 + line 62 ...........................................   $ _____0_____

**Fill in this information to identify your case:**

Debtor 1 _____
           First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                          State                     ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.1**

_____
Name

_____
Number        Street

_____
City                          State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

_____
Name

_____
Number        Street

_____
City                          State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**

_____
Name

_____
Number        Street

_____
City                          State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1 _____   Case number (if known) _____
         First Name    Middle Name    Last Name

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                         *Column 2:* **The creditor to whom you owe the debt**

                                                                     Check all schedules that apply:

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

3._ _____
       Name                                                          ❑  Schedule D, line _____
    _____             ❑  Schedule E/F, line _____
       Number        Street                                          ❑  Schedule G, line _____
    _____
       City                    State              ZIP Code

Official Form 106H                          Schedule H: Your Codebtors                          page ___ of ___

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
~~EASTERN~~ DIVISION
WESTERN

In Re:                                    )
                                          )
                                          )
                                          )        Case No.
          Debtor (s)                      )
                                          )        Chapter   7
                                          )
                                          )

List of Creditors   Attached)

| | |
|---|---|
| Illinois Dept of Revenue<br>PO Box 64449<br>Chicago IL 60664-6449<br>353-76 2910   1,389.00 | |
| Associates in Psychiatry<br>2050 Larkin Ave<br>847-697-2900<br>         $2,000.00 | |
| Elgin Fire Dept<br>150 Dexter Ct<br>Elgin FL 60123<br>         $903.00 | |
| | |
| | |

Debtor/Joint Debtor's Name: _____

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not
reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key b
payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit repo

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C |
|-----|---|-----|---------|---------|---------|-----------|------------|-----------|---------|------|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 + days late | Collection | Voluntary Surrender | Repo-ssession | Char |

### Remarks Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks
gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that th
considered adverse.

**CBG**   CLOSED BY CREDIT GRANTOR       **>PRL<**   UNPAID BALANCE CHARGED OFF

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand
what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains
medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For
your protection, your account numbers have been partially masked, and in some cases scrambled.

### APPLIED BANK   #422709302323****

4700 EXCHANGE COURT
BOCA RATON, FL 33431-0966
(484) 840-1700

| | | |
|---|---|---|
| **Date Opened:** | **Date Updated:** | **Pay Status:** |
| 12/08/2006 | 01/13/2014 | >Charged Off< |
| **Responsibility:** | **Payment Received:** | **Terms:** |
| Individual Account | $15 | Paid Monthly |
| **Account Type:** | **Last Payment Made:** | **Date Closed:** |
| Revolving Account | 10/11/2013 | 05/04/2012 |
| **Loan Type:**CREDIT CARD | **Original ChargeOff:** | >Maximum Delinquency of 120 days in 08/2012 and in 10/2012< |
| | $2,559 | |

**High Balance:**
High balance of $2,559 from 07/2013 to 07/2013; $2,559 from 09/2013 to 10/2013; $2,559 from 01/2014 to 01/2014
**Credit Limit:**
Credit limit of $1,850 from 07/2013 to 07/2013; $1,850 from 09/2013 to 10/2013; $1,850 from 01/2014 to 01/2014
**Estimated month and year that this item will be removed:**
03/2019

### CAPITAL ONE BANK USA NA   #517805956671****

## Public Records

This information was collected from public records sources by TransUnion or a company we hired. You may be required to explain these items to potential creditors. Public record items generally remain on your credit file for up to 7 years.

## DE KALB MAGISTRATE COURT DOCKET# 13SC939

133 W STATE STREET
SYCAMORE, IL 60178
(815) 895-7135

**Date Filed:**
01/29/2014
**Date Updated:**
02/04/2014

**Type:**CIVIL JUDGMENT
**Responsibility:**Individual Debt
**Plaintiff:**FORD MOTOR CREDIT C

**Amount:**
$3,038
**Court Type:**
Circuit Court

**Estimated month and year that this item will be removed:**
12/2020

## DE KALB MAGISTRATE COURT DOCKET# 13SC382

133 W STATE STREET
SYCAMORE, IL 60178
(815) 895-7135

**Date Filed:**
09/11/2013
**Date Updated:**
09/27/2013

**Type:**CIVIL JUDGMENT
**Responsibility:**Individual Debt
**Plaintiff:**GE CAPITAL RETAIL BAN

**Amount:**
$788
**Court Type:**
Circuit Court

**Estimated month and year that this item will be removed:**
08/2020

PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

**Date Opened:**
09/20/2005
**Responsibility:**
Individual Account
**Account Type:**
Revolving Account
**Loan Type:** CREDIT CARD
**High Balance:**
High balance of $1,179 from 06/2013 to 12/2015
**Credit Limit:**
Credit limit of $750 from 06/2013 to 12/2015
**Estimated month and year that this item will be removed:**
05/2019

**Date Updated:**
12/06/2015
**Last Payment Made:**
10/29/2013
**Original ChargeOff:**
$1,179

**Pay Status:**
>Charged Off<
**Terms:**
Paid Monthly
**Date Closed:**
01/06/2013
>Maximum Delinquency of 120 days in 09/2012 and in 11/2012<

# FORD MOTOR CREDIT   #4027****

POB 542000
OMAHA, NE 68154
(800) 727-7000

**Date Opened:**
02/20/2006
**Responsibility:**
Individual Account
**Account Type:**
Installment Account
**Loan Type:** AUTOMOBILE

**Balance:**
$2,815
**Date Updated:**
04/01/2013
**Payment Received:**
$0
**Last Payment Made:**
08/06/2012
**High Balance:**
$13,269
**Original ChargeOff:**
$2,905
**Past Due:**
>$2,815<

**Pay Status:**
>Charged Off<
**Terms:**
$0 per month, paid Monthly for 82 months
**Date Closed:**
07/05/2012
>Maximum Delinquency of 60 days in 11/2012<

**Remarks:**
>UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:**
04/2019

**MERRICK BANK   #412061403803\*\*\*\***

POB 1500
DRAPER, UT 84020
(800) 349-7472

| | | |
|---|---|---|
| **Date Opened:** | **Date Updated:** | **Pay Status:** |
| 05/20/2008 | 11/13/2013 | >Charged Off< |
| **Responsibility:** | **Payment Received:** | **Terms:** |
| Individual Account | $10 | Paid Monthly |
| **Account Type:** | **Last Payment Made:** | **Date Closed:** |
| Revolving Account | 11/06/2013 | 05/01/2013 |
| **Loan Type:**CREDIT CARD | **Original ChargeOff:** | >Maximum Delinquency of 120 days in 05/2013 for $380 and in 07/2013< |
| | $1,774 | |

**High Balance:**
High balance of $1,774 from 08/2013 to 08/2013; $1,774 from 11/2013 to 11/2013
**Credit Limit:**
Credit limit of $1,450 from 08/2013 to 08/2013; $1,450 from 11/2013 to 11/2013
**Estimated month and year that this item will be removed:**
11/2019

SYNCB/CARE CREDIT #601918306550****
C/O PO BOX 965036
ORLANDO, FL 32896-5036
(866) 396-8254

| | | |
|---|---|---|
| **Date Opened:** 10/28/2009 | **Date Updated:** 11/23/2015 | **Pay Status:** >Charged Off< |
| **Responsibility:** Individual Account | **Payment Received:** $30 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Last Payment Made:** 10/31/2013 | **Date Closed:** 06/24/2012 |
| **Loan Type:** CHARGE ACCOUNT | **Original ChargeOff:** $237 | >Maximum Delinquency of 120 days in 06/2012 and in 08/2012 for $212< |

**High Balance:**
High balance of $237 from 06/2013 to 11/2015
**Credit Limit:**
Credit limit of $700 from 06/2013 to 11/2015
**Estimated month and year that this item will be removed:**
02/2019

## ACCOUNT LIQUIDATION COLL #D9010****
304 WEST WATER STREET
DECORAH, IA 52101
(563) 382-4804

| | | |
|---|---|---|
| **Placed for collection:** 03/12/2014 | **Balance:** $79 | **Pay Status:** >In Collection< |
| **Responsibility:** Individual Account | **Date Updated:** 08/26/2015 | |
| **Account Type:** Open Account | **Original Amount:** $54 | |
| **Loan Type:** RETURNED CHECK | **Original Creditor:** CASEYS GENERAL STORES INC (Retail) | |
| | **Past Due:** >$79< | |

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
02/2021

## TD BANK USA/TARGET CREDI #435237761830****
PO BOX 673
MINNEAPOLIS, MN 55440
Phone number not available

| | | |
|---|---|---|
| **Date Opened:** 10/28/2002 | **Date Updated:** 11/27/2015 | **Pay Status:** >Charged Off< |
| **Responsibility:** Individual Account | **Payment Received:** $0 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Last Payment Made:** 08/14/2013 | **Date Closed:** 03/27/2013 |
| **Loan Type:** CREDIT CARD | **Original ChargeOff:** $1,371 | >Maximum Delinquency of 120 days in 05/2013 and in 06/2013< |

**High Balance:**
High balance of $1,336 from 06/2013 to 06/2013; $1,371 from 07/2013 to 11/2015
**Credit Limit:**
Credit limit of $1,000 from 06/2013 to 11/2015
**Estimated month and year that this item will be removed:**
12/2019

## ACCOUNT LIQUIDATION COLL   #D9010****

304 WEST WATER STREET
DECORAH, IA 52101
(563) 382-4804

**Placed for collection:**
03/20/2014
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan Type:**RETURNED CHECK

**Balance:**
$75
**Date Updated:**
08/26/2015
**Original Amount:**
$50
**Original Creditor:**CASEYS GENERAL STORES INC (Retail)
**Past Due:**
>$75<

**Pay Status:**
>In Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
02/2021

## CONVERGENT OUTSOURCING   #8887****

P O BOX 9004
RENTON, WA 98057
(800) 444-8485

**Placed for collection:**
09/04/2015
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan Type:**COLLECTION AGENCY/ATTORNEY

**Balance:**
$221
**Date Updated:**
11/08/2015
**Original Amount:**
$221
**Original Creditor:**COMCAST (Cable/Cellular)
**Past Due:**
>$221<

**Pay Status:**
>In Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
06/2021

## CAVALRY PORTFOLIO SVCS   #1804****

500 SUMMIT LAKE DR
STE 4A
VALHALLA, NY 10595
(800) 501-0909

**Placed for collection:**
10/16/2012
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan Type:**COLLECTION AGENCY/ATTORNEY

**Balance:**
$709
**Date Updated:**
11/11/2015
**Last Payment Made:**
04/19/2013
**Original Amount:**
$701
**Original Creditor:**HSBC BANK NEVADA (Banking)
**Past Due:**
>$709<

**Pay Status:**
>In Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
02/2019

## ENHANCED RECOVERY COMPAN   #13266****

P O Box 57547
JACKSONVILLE, FL 32241
(904) 680-2591

**Placed for collection:**
09/01/2015
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan Type:**COLLECTION AGENCY/ATTORNEY

**Balance:**
$1,004
**Date Updated:**
10/18/2015
**Original Amount:**
$1,004
**Original Creditor:**SPRINT (Cable/Cellular)
**Past Due:**
>$1,004<

**Pay Status:**
>In Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
06/2021

## NORTHWEST COLLECTORS   #326338****

3601 ALGONQUIN RD
SUITE 232
ROLLING MDWS, IL 60008-3126
(847) 255-8300

**Placed for collection:**
02/05/2015
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan
Type:**        COLLECTION
        AGENCY/ATTORNEY

**Balance:**
$462
**Date Updated:**
04/30/2015
**Original Amount:**
$462
**Original
Creditor:**        MEDICAL-ELGIN FIRE DEPARTMENT (Medical/Health
        Care)
**Past Due:**
>$462<

**Pay Status:**
>In
Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
12/2021

## H&R ACCOUNTS   #47983**

7017 john deere pkwy
MOLINE, IL 61265
(309) 797-1400

**Placed for collection:**
04/08/2011
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan**          COLLECTION
**Type:**          AGENCY/ATTORNEY

**Balance:**
$823
**Date Updated:**
05/31/2011
**Last Payment Made:**
05/04/2011
**Original Amount:**
$839
**Original          MEDICAL-DEKALB CLINIC CHARTERED (Medical/Health
Creditor:          Care)
Past Due:**
>$823<

**Pay Status:**
>In
Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
02/2017

## SUMMIT ACCOUNT RESOLUTIO   #3000ELEP01036****

PO BOX 131
CHAMPLIN, MN 55316
(888) 212-2021

**Placed for collection:**
10/01/2014
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan Type:** COLLECTION AGENCY/ATTORNEY

**Balance:**
$91
**Date Updated:**
12/04/2015
**Original Amount:**
$90
**Original Creditor:** ELEPHANT INSURANCE SERVICES (Insurance)
**Past Due:**
>$91<

**Pay Status:**
>In Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
08/2021

## NORTHWEST COLLECTORS   #326336****

3601 ALGONQUIN RD
SUITE 232
ROLLING MDWS, IL 60008-3126
(847) 255-8300

**Placed for collection:**
12/01/2014
**Responsibility:**
Individual Account
**Account Type:**
Open Account
**Loan**       COLLECTION
**Type:**     AGENCY/ATTORNEY

**Balance:**
$928
**Date Updated:**
01/31/2015
**Original Amount:**
$928
**Original
Creditor:**      MEDICAL-ELGIN FIRE DEPARTMENT (Medical/Health
                 Care)
**Past Due:**
>$928<

**Pay Status:**
>In
Collection<

**Remarks:**
>PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:**
06/2021

## BARCLAYS BANK DELAWARE   #00004712025****

125 S WEST ST
WILMINGTON, DE 19801
(866) 370-5931

**Date Opened:**
03/13/2007
**Responsibility:**
Individual Account
**Account Type:**
Revolving Account
**Loan Type:**CREDIT CARD

**Balance:**
$0
**Date Updated:**
12/05/2013
**Payment Received:**
$0
**High Balance:**
$0
**Credit Limit:**
$400

**Pay Status:**
Current; Paid or Paying as Agreed
**Terms:**
Paid Monthly
**Date Closed:**
12/11/2008

**Remarks:**
CLOSED BY CREDIT GRANTOR; CLOSED

## CNAC-IL125   #55515**

2345 JEFFERSON ST
JOLIET, IL 60435
(847) 246-9300

**Date Opened:**
03/07/2015
**Responsibility:**
Individual Account
**Account Type:**
Installment Account
**Loan Type:**AUTOMOBILE
**High Balance:**
High balance of $9,962 from 03/2015 to 11/2015

**Date Updated:**
11/30/2015
**Last Payment Made:**
08/27/2015

**Pay Status:**
Current; Paid or Paying as Agreed
**Terms:**
$386 per month for 36 months

## FIRST PREMIER   #543362873993****

3820 N LOUISE AVE
SIOUX FALLS, SD 57107-0145
(800) 987-5521

**Date Opened:**
05/08/2002
**Responsibility:**
Individual Account
**Account Type:**
Revolving Account
**Loan Type:** CREDIT CARD

**Balance:**
$0
**Date Updated:**
08/12/2009
**Payment Received:**
$0
**Last Payment Made:**
05/20/2009
**High Balance:**
$439
**Credit Limit:**
$250

**Pay Status:**
Current; Paid or Paying as Agreed
**Terms:**
Paid Monthly
**Date Closed:**
06/12/2008
**Date Paid:**
05/20/2009

**Remarks:**
ACCOUNT CLOSED BY CONSUMER; CLOSED


## US DEPT. OF EDUCATION/GL   #297611943979****

2401 INTERNATIONAL
POB 7859
MADISON, WI 53704
(800) 236-4300

**Date Opened:**
05/03/2011
**Responsibility:**
Individual Account
**Account Type:**
Installment Account
**Loan Type:** STUDENT LOAN

**Date Updated:**
11/30/2015
**Payment Received:**
$0

**Pay Status:**
Current; Paid or Paying as Agreed
**Terms:**
$0 per month, Deferred

**High Balance:**
High balance of $71,359 from 12/2014 to 12/2014; $103,447 from 11/2015 to 11/2015
**Special Payment:**
Payment deferred until 09/16/2020
**Remarks:**
PAYMENT DEFERRED